■ The People of the State of New York, Respondent, v Gerard J. Sinotte, Appellant. [615 NYS2d 290] —Appeal from a judgment of the County Court of Saratoga County (Williams, J.), rendered May 28, 1993, convicting defendant upon his plea of guilty of the crime of attempted grand larceny in the third degree.

We reject defendant's contention that the prison sentence he received of 1 to 3 years was harsh and excessive. Not only was the sentence well within the statutory guidelines, but defendant pleaded guilty knowing that he would receive the sentence ultimately imposed by County Court. Under the circumstances, we find no reason to disturb the sentence imposed.

Mikoll, J. P., Mercure, Crew III, Yesawich Jr. and Peters, JJ., concur. Ordered that the judgment is affirmed.

■ The People of the State of New York, Respondent, v Glenn D. Milton, Appellant. [615 NYS2d 289] —Appeal from a judgment of the County Court of St. Lawrence County (Nicandri, J.), rendered July 13, 1993, convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree.

We reject defendant's contention that his sentence of 1½ to 3 years in prison for attempted assault in the second degree is harsh or excessive. As conceded by defendant, the sentence he received is the most lenient available for a second felony offender. Under the circumstances, we find no reason on this record to disturb the sentence imposed by County Court.

Cardona, P. J., Mikoll, White, Weiss and Peters, JJ., concur. Ordered that the judgment is affirmed.